■ The People of the State of New York, Respondent, v Bennie Cooper, Appellant. [10 NYS3d 877]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chun, J.), rendered March 15, 2012, convicting him of murder in the second degree and criminal possession of a weapon in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant failed to preserve his legal sufficiency challenge for appellate review (see CPL 470.05 [2]; People v Gray, 86 NY2d 10, 19 [1995]; People v Casarrubia, 117 AD3d 1072 [2014]; People v Booker, 111 AD3d 759 [2013]). In any event, viewing the evidence in the light most favorable to the prosecution (see People v Contes, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's identity as one of the perpetrators beyond a reasonable doubt (see People v Casarrubia, 117 AD3d 1072 [2014]). Moreover, upon the exercise of our factual review power (see CPL 470.15 [5]), we are satisfied that the verdict of guilt finding that the defendant was one of the perpetrators was not against the weight of the evidence (see People v Romero, 7 NY3d 633 [2006]). Dillon, J.P., Dickerson, Chambers and Barros, JJ., concur.